Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | PHYLLIS LYNNE PACK |
| **Docket Number:** | 1:11CR00139 LJO |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03/15/2010 |
| **Original Offense:** | 8 USC 1324(a)(1)(A)(ii) and (v)(II), Transportation of Illegal Aliens and Aiding and Abetting<br>(CLASS D FELONY) |
| **Original Sentence:** | Time Served (65 days custody); 3 years supervised release; $100 special assessment; mandatory testing (Southern District of California Dkt. No. 10CR0198-MMA) |
| **Special Conditions:** | 1) Search; 2) Transport, harbor, or assist undocumented aliens restriction; 3) Association restriction; 4) Travel restriction; 5) Vehicle disclosure |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 03/15/2010 |
| **Assistant U.S. Attorney:** | Unassigned          **Telephone:** (559) 487-5561 |
| **Defense Attorney:** | Oliver P. Cleary          **Telephone:** (619) 231-8874 |
| **Other Court Action:** | |
| **08/23/2010**: | Probation Form 12A, Report on Offender Under Supervision, alleging a new law violation (DUI). The Court ordered take no action. |

**RE:    Phyllis Lynne PACK**
**        Docket Number:  1:11CR00139 LJO**
**        PETITION TO MODIFY THE CONDITIONS OR TERM**
**        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

<u>**04/06/2011**</u>:                                Transfer of Jurisdiction accepted by the Eastern District of California.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

2. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

3. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

4. The defendant shall reside and participate in a residential re-entry center, Turning Point of Central California, for a period of up to 120 days; said placement shall commence on United States Probation Officer, pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**  The following information was obtained from Fresno Police Department Report No. 12-32909. On May 9, 2012, the offender was the driver in a non-injury traffic collision where she struck a house and then fled the scene, a violation of California Vehicle Code 20002, a misdemeanor, and a violation of statutory condition, to wit: *"The defendant shall not commit another federal, state, or local crime."* Shortly after the offender contacted the Fresno Police Department and admitted driving the vehicle when she crashed. She reported that she had been drinking and was intoxicated while driving at the time of the collision. In addition, the reporting officer noted the offender appeared to be remorseful and was aware she has a problem with consuming excess alcohol while

RE:   Phyllis Lynne PACK
      Docket Number:  1:11CR00139 LJO
      PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER

driving and is going to seek help.  The matter was referred to the Fresno County District Attorneys Office for review.

On May 11, 2012, this officer met with the offender at which time she appeared to be experiencing turmoil due to the aforementioned non-compliance, her alcohol problem, and that she is no longer able to remain at her current residence due to her alcohol use.  The offender has continued to voluntarily receive cognitive behavioral treatment, by way of Moral Reconnation Therapy; however, she continues to struggle with symptoms of interpersonal and familial disruption that is exacerbated by her alcohol use.  In this officer's professional opinion, her symptoms would be best served by mental health services. The offender was agreeable to mental health services to include stress management and general counseling and has signed a Probation Form 49a, Waiver of Hearing to Modify Conditions, which is provided for your review.  Such a recommendation would equip the offender with coping techniques and resources to promote mental health.

In addition, at this time there are no other viable housing options.  Based on the totality of the circumstances, lack of viable housing, and alcohol use, it is recommended that no adverse sanctions be imposed at this time. However, it is recommended the offender's conditions be modified to include continued residential re-entry center placement for up to 120 days, drug/alcohol testing, and an alcohol restriction.  Such a recommendation would hold the offender accountable for the current violation, while providing her with a stable environment until viable housing is found, and treatment needed to address the alcohol use.   The offender understands any further violations will result in a return to Court, where she would face revocation proceedings.
The offender agrees with this modification and has signed Probation Form 49a, Waiver of Hearing to Modify Conditions.

RE:   Phyllis Lynne PACK
      Docket Number:  1:11CR00139 LJO
      PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER

Respectfully submitted,

*/s/ Rick C. Tarazon*

**RICK C. TARAZON**
**United States Probation Officer**
Telephone:  (559) 499-5700

DATED:   May 14, 2012
         Fresno, California
         RCT

REVIEWED BY:   */s/ Robert A. Ramirez*
               **ROBERT A. RAMIREZ**
               **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X)   Modification approved as recommended.

cc:   United States Probation
      United States Attorney
      Oliver P. Cleary, Attorney
      Defendant
      Court File
IT IS SO ORDERED.

Dated:   May 15, 2012           */s/ Lawrence J. O'Neill*
                                UNITED STATES DISTRICT JUDGE